1  GIBSON, DUNN & CRUTCHER LLP
   JOEL S. SANDERS, SBN 107234
2  GEORGE A. NICOUD III, SBN 106111
   RACHEL S. BRASS, SBN 219301
3  REBECCA JUSTICE LAZARUS, SBN 227330
   RICHARD J. MCPALMER, SBN 244962
4  One Montgomery Street, Suite 3100
   San Francisco, California 94104
5  Telephone: (415) 393-8200
   Facsimile: (415) 986-5309
6  Email: JSanders@gibsondunn.com
           TNicoud@gibsondunn.com
7          RBrass@gibsondunn.com
           RJustice@gibsondunn.com
8          RMcpalmer@gibsondunn.com

9  Attorneys for Defendants
   MATSON NAVIGATION COMPANY, INC.
10 AND ALEXANDER & BALDWIN, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA: SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT H. STEINBERG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MATSON NAVIGATION COMPANY, INC., et al.<br><br>Defendants<br>-------------------------------------------------<br>E&M INTERNATIONAL TRANSPORT, INC., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HORIZON LINES, INC., et al.<br><br>Defendants. | Case No. 08-cv-02402 VRW<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br><br><br><br><br><br>Case No. 08-cv-03537 MEJ |

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED, Case No. 08-cv-02402-VRW and 08-cv-03537-MEJ

1    TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:

2    PLEASE TAKE NOTICE THAT, pursuant to Civ. L.R. 3-12, Defendants Matson

3  Navigation Company, Inc. and Alexander & Baldwin, Inc., hereby give notice that the following

4  two cases are related within the meaning of Civ. L.R. 3-12:

5    ●    *Robert H. Steinberg, et al. v. Matson Navigation Company, Inc., Alexander &*

6  *Baldwin, Inc., Horizon Lines, Inc., and Horizon Lines LLC*, 08-cv-02402-VRW ("*Steinberg*"); and

7    ●    *E&M International Transport, Inc., et al. v. Horizon Lines, Inc., Horizon Lines,*

8  *LLC, Matson Navigation Company, Inc., and Alexander & Baldwin, Inc.,* 08-cv-03537-MEJ

9  ("*E&M International*").

10   *Steinberg* is a civil action currently pending in the Northern District of California before

11  the Honorable Vaughn R. Walker.  *E&M International* is a civil action currently pending in the

12  Northern District of California before the Honorable Maria Elena-James.  *Steinberg* was filed prior

13  to *E&M International* and, as such, is assigned the lower case number.

14   This Administrative Motion is made pursuant to Local Rule 3-12(a), which provides that

15  actions are related when:

16   (1)    The actions concern substantially the same parties, property, transaction or event;

17  and

18   (2)    It appears likely that there will be an unduly burdensome duplication of labor and

19  expense or conflicting results if the cases are conducted before different judges.

20   *Steinberg* and *E&M International* are related within the meaning of Civ. L.R. 3-12.  Both

21  cases involve allegations of violations of antitrust statutes in connection with ocean shipping

22  services.  Specifically, both actions allege that the Matson and Horizon defendants agreed,

23  combined, or conspired with each other to fix, raise, maintain and/or stabilize prices of

24  noncontiguous domestic ocean shipping and/or to allocate markets and/or customers for those

25  services in the United States.  Plaintiffs in both actions name the same defendants.  At least three

26  other, similar matters have been assigned or reassigned to Judge Walker.[1]

---

27   [1]   Those matters are: *Acutron, Inc. v. Matson Navigation Company, Inc., et al.*, 08-cv-02600-
28  VRW; *50th State Distributors, Inc. v. Matson Navigation Company, Inc., et al.*, 08-cv-02603-

1   The factual and legal matters presented in *Steinberg* and *E&M International* will be largely identical.  Whereas assignment to separate judges will create an unduly burdensome duplication of labor, generate unneeded expense, and may lead to conflicting results, assignment to a single judge will conserve judicial resources and lead to more efficient determination of all the actions.[2]

Defendants Matson Navigation Company, Inc. and Alexander & Baldwin, Inc. respectfully request that the *E&M International* action be related to the *Steinberg* action.[3]

Dated:  July 29, 2008                                       GIBSON, DUNN & CRUTCHER, LLP


                                                                            /s/
                                                            RACHEL S. BRASS
                                                            GIBSON, DUNN & CRUTCHER, LLP
                                                            One Montgomery Street, Suite 3100
                                                            San Francisco, CA 94104
                                                            Telephone:     (415) 393-8200
                                                            Facsimile:     (415) 986-5309

                                                            *Counsel for Defendants*
                                                            *Matson Navigation Company, Inc. and*
                                                            *Alexander & Baldwin, Inc.*

100491500_2.DOC

---

VRW; and *Winkler Woods, LLC v. Matson Navigation Co., Inc., et al.*, 08-cv-03169-VRW.

[2]   There are currently two MDL proceedings involving at least fourteen complaints alleging antitrust violations by the Matson and Horizon defendants in the noncontiguous domestic ocean shipping industry.  *In Re: Hawaiian Cabotage Antitrust Litigation*, MDL No. 1970; *In Re: Pacific Ocean Cabotage Antitrust Litigation*, MDL No. 1972.  The *Steinberg* plaintiffs have been identified as interested parties to both proceedings, while *E&M International* has been identified as a potential tag-along action.

[3]   By filing this Notice of a Related Case, Defendants Matson Navigation Company, Inc. and Alexander & Baldwin, Inc. do not consent to proceed before a United States Magistrate Judge.